[No. 22541–3–I.  Division One.  October 2, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW GRUBB, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–00402–8, Mary Wicks Brucker, J., entered July 8, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22740–8–I.  Division One.  October 2, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH EUGENE CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–00834–1, Michael J. Fox, J., entered August 9, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 22664–9–I.  Division One.  October 2, 1989.]

*In the Matter of Marriage of* PATRICIA C. GANSLER, *Respondent, and* MARVIN GANSLER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–3–00847–8, David A. Nichols, J., entered July 1, 1988. *Dismissed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Grosse, A.C.J., and Scholfield, J.